# Exhibit C

```
 1  COOLEY LLP
    MAZDA K. ANTIA (214963)
 2  (mantia@cooley.com)
    4401 Eastgate Mall
 3  San Diego, CA 92121
    Phone: (858) 550-6000
 4  Fax: (858) 550-6420

 5  MATTHEW D. CAPLAN (260388)
    (mcaplan@cooley.com)
 6  101 California Street, 5th Floor
    San Francisco, CA 94111
 7  Phone: (415) 693-2000
    Fax: (415) 693-2222
 8
    Attorneys for Defendants Cigna Corporation,
 9  Cigna Health and Life Insurance Co., Connecticut
    General Life Insurance Co., Cigna Behavioral
10  Health, Inc., Cigna Behavioral Health of California,
    Inc., and Cigna Health Management, Inc.
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TML RECOVERY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION, a Delaware corporation; CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA BEHAVIORAL HEALTH, INC., a Minnesota corporation; CIGNA BEHAVIORAL HEALTH OF CALIFORNIA, INC., a California corporation; CIGNA HEALTH MANAGEMENT, INC., a Delaware corporation; VIANT, INC., a Nevada corporation; MULTIPLAN, INC., a New York corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF SEAN PETREE IN SUPPORT OF NOTICE OF REMOVAL**<br><br>(Superior Court of the State of California, County of Orange, Case No. 30-2019-01121297-CU-BC-NJC)<br><br>Complaint filed: December 31, 2019 |

DECLARATION OF SEAN PETREE
I/S/O NOTICE OF REMOVAL

I, Sean Petree, declare as follows:

1. I am a Fraud Senior Manager in the Special Investigations Unit of Cigna Health & Life Ins. Co. I am duly authorized to make the following representations on behalf of Cigna Corporation, Cigna Health and Life Insurance Co., Connecticut General Life Insurance Co., Cigna Behavioral Health, Inc., Cigna Behavioral Health of California, Inc., and Cigna Health Management, Inc. (collectively, "Cigna"), Defendants in the above-titled action. I have personal knowledge of the following facts and, if called as a witness, I could and would testify to these facts.

2. I reviewed Plaintiff's Complaint against Cigna and am familiar with its contents.

3. Cigna maintains certain computer systems and records in the course of business regarding plan information for members and claims submitted by medical providers. In my position, I am familiar with the manner in which Cigna maintains certain records, including certain records regarding claims submitted by medical providers to Cigna requesting payment under various benefit plans. I also have access to records concerning Cigna's insureds and their contracts for health care coverage.

4. I reviewed records kept by Cigna regarding certain claims for payment submitted by the Plaintiff in this action. Specifically, as contemplated in the Complaint (*see* Compl. ¶ 32), I used Plaintiff's alleged tax identification number ("TIN") (*id.* ¶ 1) to identify the total number of claims and the total number of ERISA claims. By comparing that data, I determined that 81.54% of claims submitted by Plaintiff relate to patients who are beneficiaries or participants in ERISA health plans.

5. I declare under penalty of perjury under the laws of the State of CT and the United States of America that the contents of this declaration are true and correct. Executed on February 10, 2020, in Bloomfield, CT.

_____
Sean Petree