# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of 18 years and not a party to this action. My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121. On February 11, 2020, I served the following documents on the parties listed below in the manner(s) indicated:

**NOTICE OF RELATED CASES**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☒ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

| | |
|---|---|
| **Callahan & Blaine, APLC**<br>Daniel J. Callahan (91490)<br>Edward Susolik (151081)<br>Richard T. Collins (166577)<br>Damon D. Eisenbrey (215927)<br>Adrian L. Canzoneri (265168)<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, California  92707<br>Phone: (714) 241-4444<br>Fax: (714) 241-4445 | Attorneys for Plaintiff |
| **Corporation Service Company Which Will Do Business in California as CSD – Lawyers Incorporating Service**<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, California  95033 | Registered service agent for Viant, Inc. |
| **Corporation Service Company**<br>80 State Street<br>Albany, New York  12207-2543 | Registered service agent for Multiplan, Inc. |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on February 11, 2020, at San Diego, California.

*/s/ Marcie Araujo*

Marcie Araujo