1  HON. STEPHEN G. LARSON (Ret.)
   *slarson@larsonllp.com*
2  555 S. Flower Street
   Suite 4400
3  Los Angeles, CA  90071
   Tel:  (213) 436-4888
4  Fax:  (213) 623-2000

5  **SPECIAL MASTER**

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10              **SOUTHERN DIVISION**

11

12  TML RECOVERY, LLC, a California          Case No. 8:20-cv-0269-DOC-JDE
    limited liability company, et al.,
                                             Hon. David O. Carter
13                  Plaintiffs,
                                             Consolidated with the following cases
14       v.                                  for pretrial proceedings:

15  CIGNA CORPORATION, a Delaware            8:20-cv-0271        8:20-cv-0274
    corporation, et al.                      8:20-cv-0272        8:20-cv-0788
16                                           8:20-cv-0273
                    Defendants.
17                                           **SPECIAL MASTER'S
                                             SCHEDULING & PROCEDURE
18                                           ORDER NO. 1**

19

20

21

22

23

24

25

26

27

28

1    On October 10, 2020, Judge David O. Carter issued a scheduling notice

2  ordering "the parties to meet and confer with Special Master Stephen Larson on

3  **October 15, 2020 at 10:00 a.m**." (ECF No. 55).  The Special Master will hold an

4  informal scheduling conference on this date; the parties shall be prepared to

5  discuss proposed case and discovery deadlines, forthcoming discovery disputes, as

6  well as other case management issues.  The parties are encouraged to review and

7  shall also be prepared to discuss the issues and topics set forth in the Order Setting

8  Scheduling Conference (ECF No. 28).

9    The informal scheduling conference will be telephonic.  The parties shall use

10  the following call information: No. (877) 647-3411; Code: 609108#.  The parties

11  shall dial in no later than 9:45 a.m. (PST) so that the informal scheduling

12  conference begins promptly at 10:00 a.m. (PST).

13    In preparation for the October 15, 2020 informal scheduling conference, the

14  parties shall file with the Court and submit to the Special Master an updated Joint

15  Rule 26(F) Report.  Given the passage of time since the original Joint Rule 26(F)

16  Report was submitted to the Court on July 13, 2020 (ECF No. 41), the Special

17  Master expects that the parties will make material changes to the Joint Rule 26(F)

18  Report.  The updated Joint Rule 26(F) shall be filed and emailed to the Special

19  Master (slarson@larsonllp.com and abedigian@larsonllp.com) on or before

20  **October 14, 2020 at 2:00 p.m. (PST)**.

21    The Special Master will submit a Report & Recommendation to the Court

22  within fourteen (14) days of the scheduling conference recommending a proposed

23  discovery schedule and protocol and case schedule.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1     **IT IS SO ORDERED.**

2

3     DATED: October 8, 2020

             Stephen G. Larson
             Special Master

4

5

6     DATED: _____, 2020

             The Honorable David O. Carter
7                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO: 8:20-CV-00269-DOC-JDE
SCHEDULING & PROCEDURE ORDER NO. 1