HON. STEPHEN G. LARSON (Ret.)
*slarson@larsonllp.com*
555 S. Flower Street
Suite 4400
Los Angeles, CA  90071
Tel:  (213) 436-4888
Fax:  (213) 623-2000

**SPECIAL MASTER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TML RECOVERY, LLC, a California limited liability company, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CIGNA CORPORATION, a Delaware corporation, et al.<br><br>                    Defendants. | Case No. 8:20-cv-00269-DOC-JDE<br><br>Hon. David O. Carter<br><br>Consolidated with the following cases for pretrial proceedings:<br><br>8:20-cv-0271      8:20-cv-0274<br>8:20-cv-0272      8:20-cv-0788<br>8:20-cv-0273<br><br>**SPECIAL MASTER'S SCHEDULING & PROCEDURE ORDER NO. 1** |

# COURT ORDER

On **October 7, 2020**, Judge David O. Carter issued a scheduling notice ordering "the parties to meet and confer with Special Master Stephen Larson on **October 15, 2020 at 10:00 a.m**." (ECF No. 55). The Special Master will hold an informal scheduling conference on this date; the parties shall be prepared to discuss proposed case and discovery deadlines, forthcoming discovery disputes, as well as other case management issues. The parties are encouraged to review and shall also be prepared to discuss the issues and topics set forth in the Order Setting Scheduling Conference (ECF No. 28).

The informal scheduling conference will be telephonic. The parties shall use the following call information: No. (877) 647-3411; Code: 609108#. The parties shall dial in no later than 9:45 a.m. (PST) so that the informal scheduling conference begins promptly at 10:00 a.m. (PST).

In preparation for the October 15, 2020 informal scheduling conference, the parties shall file with the Court and submit to the Special Master an updated Joint Rule 26(F) Report. Given the passage of time since the original Joint Rule 26(F) Report was submitted to the Court on July 13, 2020 (ECF No. 41), the Special Master expects that the parties will make material changes to the Joint Rule 26(F) Report. The updated Joint Rule 26(F) shall be filed and emailed to the Special Master (slarson@larsonllp.com and abedigian@larsonllp.com) on or before **October 14, 2020 at 2:00 p.m. (PST)**.

The Special Master will submit a Report & Recommendation to the Court within fourteen (14) days of the scheduling conference recommending a proposed discovery schedule and protocol and case schedule.

/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO ORDERED.**

DATED: October 8, 2020

_____
Stephen G. Larson
Special Master

DATED: __October 8__, 2020

_____
The Honorable David O. Carter
United States District Judge