# EXHIBIT A

COOLEY LLP
COOLEY LLP
MAZDA K. ANTIA (214963)
(mantia@cooley.com)
CLAIRE OLIN (302214)
(colin@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
SHARON SONG (313535)
(ssong@cooley.com)
3 Embarcadero Center, 20th Fl
San Francisco, CA 94111
Phone: (415) 693-2000
Fax: (415) 693-2222

*Attorneys for Defendants Cigna Corporation, Cigna Health and Life Insurance Co., Connecticut General Life Insurance Co., Cigna Behavioral Health, Inc., Cigna Behavioral Health of California, Inc., Cigna Health Management, Inc., and Cigna Healthcare of California, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TML RECOVERY, LLC, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>CIGNA CORPORATION, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 8:20-cv-0269-DOC-JDE<br><br>Consolidated with the following cases for pretrial proceedings:<br><br>8:20-cv-0271　　8:20-cv-0274<br>8:20-cv-0272　　8:20-cv-0787<br>8:20-cv-0273　　8:20-cv-0788 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　Counterclaim Plaintiffs,<br>　　v.<br>TML RECOVERY, LLC, *et al.*,<br><br>　　　　　　　　Counterclaim Defendants. | **JOINT REQUEST TO SPECIAL MASTER TO MODIFY THE BRIEFING SCHEDULE FOR THE MOTIONS FOR SUMMARY JUDGMENT**<br><br>This document relates to all actions<br><br>Judge: Hon. David O. Carter |

**TO THE SPECIAL MASTER:**

Plaintiffs TML Recovery, LLC, MMR Services, LLC, Southern California Recovery Centers Oceanside, LLC, Addiction Health Alliance, LLC, DR Recovery Encinitas, LLC, Southern California Addiction Center, Inc., 12 South LLC, Woman's Recovery Center, LLC, and Pacific Palms Recovery, LLC (collectively, "Plaintiffs"), and Defendants Cigna Corporation, Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Behavioral Health of California, Inc., Cigna Health Management, Inc., Cigna Healthcare of California, Inc., (collectively, "Cigna"), and Viant, Inc., and MultiPlan, Inc. (collectively, "MultiPlan," and with Cigna, "Defendants," and with Plaintiffs, the "Parties"), through their respective counsel, submit the following joint request to extend the current filing deadlines related to the moving papers to be filed in support of the Parties' Motions for Summary Judgment ("MSJs"), and the oppositions thereto:

WHEREAS, on December 23, 2020, the Court approved Special Master's Report and Recommendation No. 1, which proposed a discovery and trial schedule (ECF Nos. 61, 66);

WHEREAS, the Special Master's Report and Recommendation No. 9 modifying the case schedule was issued on October 27, 2022 (ECF No. 129), and became the Order of the Court on November 3, 2022, following the Parties' lack of objection (ECF No. 53 at 5-6). On January 31, 2023, the Court adopted the case schedule modifications as recommended in the Special Master's Report and Recommendation No. 9 setting an April 7, 2023 deadline to move for summary judgment, with oppositions due on May 5, 2023, replies due on May 22, 2023, and hearing on June 5, 2023 (ECF No. 130);

WHEREAS, Federal Rule of Civil Procedure 16(b) provides that a case schedule can be modified "for good cause and with the judge's consent";

WHEREAS, the Court's standing order requires "compelling factual support" for requests for scheduling modifications (ECF No. 8 at 2–3);

WHEREAS, the Parties believe good cause and compelling factual support exist

to modify and extend the current deadlines related to filing of the Parties' moving papers in support of the MSJs, and the oppositions thereto (*See* ECF No. 129 (adopted in ECF No. 130));

WHEREAS, the Parties reported to the Special Master in connection with the Report & Recommendation No. 9 (ECF No. 129) that significant discovery remained to be completed, the Parties have been actively cooperating with further document productions and the completion of approximately 20 Rule 30(b)(6) depositions in an effort to streamline its completion and allow for a full factual record on summary judgment;

WHEREAS, the Parties' request to extend the deadlines for filing the moving papers in support of the MSJs, and the oppositions thereto, will not affect the existing deadline to file reply papers in support of the MSJs, hearing on the MSJs, or any other existing case deadline;

NOW THEREFORE, the Parties respectfully submit this joint request to the Special Master to recommend that the Court extend certain briefing deadlines related to the Parties' moving and opposition papers in support of each Parties' MSJ (ECF No. 129 (adopted in ECF No. 130)) and enter the proposed new schedule.

## Joint Statement and Proposed MSJ Briefing Schedule

The Parties have diligently pursued discovery throughout this case, including taking approximately twenty 30(b)(6) depositions. In light of the voluminous deposition testimony and the time required to properly review and analyze deposition transcripts, the Parties have met and conferred to discuss the existing MSJ briefing schedule and have agreed to a proposed plan that will provide the Parties' valuable and necessary additional time to effectively incorporate the deposition testimony and discovery record into the Parties' MSJs, but will not impact any other Court deadline, will not delay the Court's review of the Parties' reply papers, and will not postpone the hearing on the Parties' MSJs. The Parties agree that a short extension of the deadlines to file moving and opposition papers (but not reply papers or the MSJ hearing) will

provide the Parties the time necessary to ensure that the MSJ briefing effectively incorporates the evidence taken in this case and the MSJs are presented in a way that will be beneficial to the Court's review.

For all the reasons stated above, the Parties believe there is good cause and compelling factual support for a short extension the deadlines to file moving papers in support of the Parties' MSJs, and the oppositions thereto, and propose the following:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| MSJs | April 7, 2023 | April 17, 2023 |
| Oppositions to MSJs | May 5, 2023 | May 8, 2023 |
| Replies in support of MSJs | May 22, 2023 | May 22, 2023 (no change) |
| Hearing on MSJs | June 5, 2023 | June 5, 2023 (no change) |

Dated: March 23, 2023

Respectfully submitted,

COOLEY LLP

/s/ Matthew D. Caplan
Matthew D. Caplan

*Attorneys for Defendants Cigna Corporation, Cigna Health and Life Insurance Co., Connecticut General Life Insurance Co., Cigna Behavioral Health, Inc., Cigna Behavioral Health of California, Inc., Cigna Health Management, Inc., and Cigna Healthcare of California, Inc.*

| | | |
|---|---|---|
| 1 | Dated: March 23, 2023 | PHELPS DUNBAR LLP |
| 2 | | Errol J. King, Jr. (*pro hac vice*) |
| | | II City Plaza |
| 3 | | 400 Convention Street, Suite 1100 |
| | | Baton Rouge, LA 70802 |
| 4 | | Phone: (225) 376-0207 |
| 5 | | */s/ Errol J. King, Jr.* |
| | | Errol J. King |
| 6 | | *Attorneys for Defendants MultiPlan, Inc. and Viant, Inc.* |
| 7 | | |
| 8 | Dated: March 23, 2023 | ARNALL GOLDEN GREGORY LLP |
| | | Richard T. Collins (166577) |
| 9 | | Damon D. Eisenbrey (215927) |
| | | 2100 Pennsylvania Avenue, NY |
| 10 | | Suite 350S |
| | | Washington, DC 20037 |
| 11 | | Phone: (202) 677-4917 |
| 12 | | */s/ Richard T. Collins* |
| | | Richard T. Collins |
| 13 | | *Attorneys for Plaintiffs* |