COOLEY LLP
MAZDA K. ANTIA (214963)
(mantia@cooley.com)
CLAIRE OLIN (302214)
(colin@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
DYLAN K. SCOTT (332796)
(dscott@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
SHARON SONG (313535)
(ssong@cooley.com)
3 Embarcadero Center, 20th Fl
San Francisco, CA 94111
Phone: (415) 693-2000
Fax: (415) 693-2222

*Attorneys for Defendants Cigna Corporation, et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TML RECOVERY, LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CIGNA CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. 8:20-cv-0269-DOC-JDE<br><br>Consolidated with the following cases for pretrial proceedings:<br><br>8:20-cv-0271    8:20-cv-0274<br>8:20-cv-0272    8:20-cv-0787<br>8:20-cv-0273    8:20-cv-0788 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*,<br><br>                    Counterclaim Plaintiffs,<br><br>          v.<br><br>TML RECOVERY, LLC, *et al.*,<br><br>                    Counterclaim<br>                    Defendants. | **DECLARATION OF JAMIE D. ROBERTSON IN SUPPORT OF CIGNA'S OMNIBUS RENEWED APPLICATION TO SEAL**<br><br>Judge:          Hon. David O. Carter |

1    I, Jamie D. Robertson, declare:

2        1.    I am an attorney at Cooley LLP, and I represent Defendants Cigna

3    Corporation; Cigna Health and Life Insurance Co.; Connecticut General Life Insurance

4    Co.; Cigna Behavioral Health, Inc.; Cigna Behavioral Health of California, Inc.; Cigna

5    Health Management, Inc.; and Cigna Healthcare of California, Inc. (collectively

6    "Cigna") in this action.   I submit this declaration in support of Cigna's Omnibus

7    Renewed Application to Seal.

8        2.    I am an attorney licensed to practice law before the courts of the State of

9    California and this district court.   I am over 18 years of age and have personal

10   knowledge of the facts set forth below.   If called as a witness, I could and would

11   competently testify thereto, and have personal knowledge as counsel of record for

12   Defendants.

13       3.    Plaintiffs did not file declarations supporting sealing of any documents

14   they produced in this action as "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY"

15   under the Protective Order and which were filed by Cigna in the course of the summary

16   judgment or motion *in limine* briefing.   Such declarations are required by Local Rule

17   79-5.2.2(b)(i).   In addition, on August 11, 2023, Plaintiffs informed Cigna and

18   MultiPlan that they would "not be renewing any applications to seal any of the

19   documents" impacted by the Court's Minute Order (ECF No. 348).

20       4.    Attached to my declaration are the public, redacted versions of each

21   document for which Cigna seeks to maintain under seal only a portion of the document.

22   Where Cigna seeks to maintain the document fully under seal, the Motion, this

23   Declaration, and the Declaration of Claire A. Olin ("Olin Declaration") filed herewith,

24   provide the citation to the previously filed slip sheet cover page for each such document.

25   For ease of reference, each of the below charts provides the ECF number of each

26   previously filed: (1) sealed, highlighted or fully sealed document and the corresponding

27   public, redacted document or exhibit cover sheet for fully sealed documents; and (2) the

28   exhibit numbers for the proposed replacement sealed, highlighted document and the

corresponding proposed replacement public, redacted document attached to this Declaration and the Olin Declaration.

5.    **Patient Treatment, Medical, and Billing Records** (*see* Cigna's Renewed Omnibus Application to Seal (the "Omnibus Sealing Mot.") at 3-4).

    a.    Attached as **Exhibit A-1** is a true and correct copy of a public, redacted version of PPR_Cigna00012118, which should replace the previously filed public exhibit cover sheet for this document filed at ECF No. 142-9 at 20.

    b.    Attached as **Exhibit A-2** is a true and correct copy of a public, redacted version of PPR_Cigna00012114, which should replace the previously filed public exhibit cover sheet for this document filed at ECF No. 142-9 at 21.

    c.    Attached as **Exhibit A-3** is a true and correct copy of a public, redacted version of PPR_Cigna00012116, which should replace the previously filed public exhibit cover sheet for this document filed at ECF No. 142-9 at 22.

    d.    Attached as **Exhibit A-4** is a true and correct copy of a public, redacted version of WRC_Cigna00000201, which should replace the previously filed public exhibit cover sheet for this document filed at ECF No. 142-9 at 23.

    e.    Attached as **Exhibit A-5** is a true and correct copy of a public, redacted version of TML_Cigna00000938, which should replace the previously filed public exhibit cover sheet for this document filed at ECF No. 142-9 at 24.

| ECF No. of Previously Submitted Sealed / Public Exhibit Coversheet | [Proposed] Sealed, Highlighted Replacement Ex. No. | [Proposed] Public, Redacted Replacement Exhibit No. |
| --- | --- | --- |
| ECF No. 215-6 (sealed) / (public exhibit placeholder) ECF No. | Ex. A-1 to Olin Decl. ISO Omnibus Sealing | Ex. A-1 to Robertson Decl. ISO Omnibus |

| 142-9 ISO Cigna's MSJ | Motion | Sealing Motion |
|---|---|---|
| ECF No. 215-7 (sealed) / (public exhibit placeholder) ECF No. 142-9 ISO Cigna's MSJ | Ex. A-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. A-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 215-8 (sealed) / (public exhibit placeholder) ECF No. 142-9 ISO Cigna's MSJ | Ex. A-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. A-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 215-9 (sealed) / (public exhibit placeholder) ECF No. 142-9 ISO Cigna's MSJ | Ex. A-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. A-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 215-10 (sealed) / (public exhibit placeholder) ECF No. 142-9 ISO Cigna's MSJ | Ex. A-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. A-5 to Robertson Decl. ISO Omnibus Sealing Motion |

6.    **Healthcare Benefit Plans** (*see* Omnibus Sealing Mot. at 4-5). Cigna filed sealed and served upon the parties, sealed, highlighted versions of Exhibits B-1 through B-133 in support of its Motion for Summary Judgment, but inadvertently omitted public, redacted versions of a portion of Exhibit B-31 and Exhibits B-32 – B-133 from that filing. Accordingly, attached to my declaration, and described further below, are public, redacted versions of Exhibits B-31 – B-133.

a.    Attached as **Exhibit B-31** is a true and correct copy of the public, redacted version of Cigna_TML00005395, Exhibit B-31 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 170-2.

b.    Attached as **Exhibit B-32** is a true and correct copy of the public, redacted version of Cigna_TML00020719, Exhibit B-32 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 170-3.

c.    Attached as **Exhibit B-33** is a true and correct copy of the public, redacted version of Cigna_TML00005824, Exhibit B-33 to Cigna's

1    Motion for Summary Judgment, which redacts the names of Cigna's

2    clients identified in the sealed, highlighted version of this document

3    previously filed under seal at ECF No. 170-4.

4        d.    Attached as **Exhibit B-35** is a true and correct copy of the public,

5    redacted version of Cigna_TML00005922, Exhibit B-35 to Cigna's

6    Motion for Summary Judgment, which redacts the names of Cigna's

7    clients identified in the sealed, highlighted version of this document

8    previously filed under seal at ECF No. 170-5.

9        e.    Attached as **Exhibit B-36** is a true and correct copy of the public,

10   redacted version of Cigna_TML00006005, Exhibit B-36 to Cigna's

11   Motion for Summary Judgment, which redacts the names of Cigna's

12   clients identified in the sealed, highlighted version of this document

13   previously filed under seal at ECF No. 170-6.

14       f.    Attached as **Exhibit B-37** is a true and correct copy of the public,

15   redacted version of Cigna_TML00021529, Exhibit B-37 to Cigna's

16   Motion for Summary Judgment, which redacts the names of Cigna's

17   clients identified in the sealed, highlighted version of this document

18   previously filed under seal at ECF No. 171-1.

19       g.    Attached as **Exhibit B-38** is a true and correct copy of the public,

20   redacted version of Cigna_TML00006729, Exhibit B-38 to Cigna's

21   Motion for Summary Judgment, which redacts the names of Cigna's

22   clients identified in the sealed, highlighted version of this document

23   previously filed under seal at ECF No. 171-2.

24       h.    Attached as **Exhibit B-39** is a true and correct copy of the public,

25   redacted version of Cigna_TML0000, Exhibit B-39 to Cigna's

26   Motion for Summary Judgment, which redacts the names of Cigna's

27   clients identified in the sealed, highlighted version of this document

28   previously filed under seal at ECF No. 171-3.

i.      Attached as **Exhibit B-40** is a true and correct copy of the public, redacted version of Cigna_TML00007079, Exhibit B-40 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 171-4.

j.      Attached as **Exhibit B-41** is a true and correct copy of the public, redacted version of Cigna_TML000021731, Exhibit B-41 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 171-5.

k.      Attached as **Exhibit B-42** is a true and correct copy of the public, redacted version of Cigna_TML00007378, Exhibit B-42 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 171-6.

l.      Attached as **Exhibit B-43** is a true and correct copy of the public, redacted version of Cigna_TML00007302, Exhibit B-43 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 172-1.

m.      Attached as **Exhibit B-44** is a true and correct copy of the public, redacted version of Cigna_TML00022136, Exhibit B-44 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 172-2.

n.      Attached as **Exhibit B-45** is a true and correct copy of the public, redacted version of Cigna_TML00007457, Exhibit B-45 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's

5

1        clients identified in the sealed, highlighted version of this document

2        previously filed under seal at ECF No. 172-3.

3        o.    Attached as **Exhibit B-46** is a true and correct copy of the public,

4        redacted version of Cigna_TML00195757, Exhibit B-46 to Cigna's

5        Motion for Summary Judgment, which redacts the names of Cigna's

6        clients identified in the sealed, highlighted version of this document

7        previously filed under seal at ECF No. 172-4.

8        p.    Attached as **Exhibit B-47** is a true and correct copy of the public,

9        redacted version of Cigna_TML00022320, Exhibit B-47 to Cigna's

10        Motion for Summary Judgment, which redacts the names of Cigna's

11        clients identified in the sealed, highlighted version of this document

12        previously filed under seal at ECF No. 173-1.

13        q.    Attached as **Exhibit B-48** is a true and correct copy of the public,

14        redacted version of Cigna_TML00022479, Exhibit B-48 to Cigna's

15        Motion for Summary Judgment, which redacts the names of Cigna's

16        clients identified in the sealed, highlighted version of this document

17        previously filed under seal at ECF No. 173-2.

18        r.    Attached as **Exhibit B-49** is a true and correct copy of the public,

19        redacted version of Cigna_TML00022857, Exhibit B-49 to Cigna's

20        Motion for Summary Judgment, which redacts the names of Cigna's

21        clients identified in the sealed, highlighted version of this document

22        previously filed under seal at ECF No. 173-3.

23        s.    Attached as **Exhibit B-50** is a true and correct copy of the public,

24        redacted version of Cigna_TML00022943, Exhibit B-50 to Cigna's

25        Motion for Summary Judgment, which redacts the names of Cigna's

26        clients identified in the sealed, highlighted version of this document

27        previously filed under seal at ECF No. 173-4.

28        t.    Attached as **Exhibit B-51** is a true and correct copy of the public,

1    redacted version of Cigna_TML00023160, Exhibit B-51 to Cigna's

2    Motion for Summary Judgment, which redacts the names of Cigna's

3    clients identified in the sealed, highlighted version of this document

4    previously filed under seal at ECF No. 173-5.

5    u.    Attached as **Exhibit B-52** is a true and correct copy of the public,

6    redacted version of Cigna_TML00008251, Exhibit B-52 to Cigna's

7    Motion for Summary Judgment, which redacts the names of Cigna's

8    clients identified in the sealed, highlighted version of this document

9    previously filed under seal at ECF No. 173-6.

10   v.    Attached as **Exhibit B-53** is a true and correct copy of the public,

11   redacted version of Cigna_TML00023434, Exhibit B-53 to Cigna's

12   Motion for Summary Judgment, which redacts the names of Cigna's

13   clients identified in the sealed, highlighted version of this document

14   previously filed under seal at ECF No. 174-1.

15   w.    Attached as **Exhibit B-54** is a true and correct copy of the public,

16   redacted version of Cigna_TML00023524, Exhibit B-54 to Cigna's

17   Motion for Summary Judgment, which redacts the names of Cigna's

18   clients identified in the sealed, highlighted version of this document

19   previously filed under seal at ECF No. 174-2.

20   x.    Attached as **Exhibit B-55** is a true and correct copy of the public,

21   redacted version of Cigna_TML00023598, Exhibit B-55 to Cigna's

22   Motion for Summary Judgment, which redacts the names of Cigna's

23   clients identified in the sealed, highlighted version of this document

24   previously filed under seal at ECF No. 174-3.

25   y.    Attached as **Exhibit B-56** is a true and correct copy of the public,

26   redacted version of Cigna_TML00004878, Exhibit B-56 to Cigna's

27   Motion for Summary Judgment, which redacts the names of Cigna's

28   clients identified in the sealed, highlighted version of this document

1  previously filed under seal at ECF Nos. 174-4, 175, 176, 177.

2  z.  Attached as **Exhibit B-57** is a true and correct copy of the public,

3  redacted version of Cigna_TML00009336, Exhibit B-57 to Cigna's

4  Motion for Summary Judgment, which redacts the names of Cigna's

5  clients identified in the sealed, highlighted version of this document

6  previously filed under seal at ECF No. 177-2.

7  aa.  Attached as **Exhibit B-58** is a true and correct copy of the public,

8  redacted version of Cigna_TML00009222, Exhibit B-58 to Cigna's

9  Motion for Summary Judgment, which redacts the names of Cigna's

10  clients identified in the sealed, highlighted version of this document

11  previously filed under seal at ECF No. 177-3.

12  bb.  Attached as **Exhibit B-59** is a true and correct copy of the public,

13  redacted version of Cigna_TML00009543, Exhibit B-59 to Cigna's

14  Motion for Summary Judgment, which redacts the names of Cigna's

15  clients identified in the sealed, highlighted version of this document

16  previously filed under seal at ECF No. 178-1.

17  cc.  Attached as **Exhibit B-60** is a true and correct copy of the public,

18  redacted version of Cigna_TML00009608, Exhibit B-60 to Cigna's

19  Motion for Summary Judgment, which redacts the names of Cigna's

20  clients identified in the sealed, highlighted version of this document

21  previously filed under seal at ECF No. 178-2.

22  dd.  Attached as **Exhibit B-61** is a true and correct copy of the public,

23  redacted version of Cigna_TML00009670, Exhibit B-61 to Cigna's

24  Motion for Summary Judgment, which redacts the names of Cigna's

25  clients identified in the sealed, highlighted version of this document

26  previously filed under seal at ECF No. 178-3.

27  ee.  Attached as **Exhibit B-62** is a true and correct copy of the public,

28  redacted version of Cigna_TML00009877, Exhibit B-62 to Cigna's

1    Motion for Summary Judgment, which redacts the names of Cigna's

2    clients identified in the sealed, highlighted version of this document

3    previously filed under seal at ECF No. 178-4.

4    ff.    Attached as **Exhibit B-63** is a true and correct copy of the public,

5    redacted version of Cigna_TML00024992, Exhibit B-63 to Cigna's

6    Motion for Summary Judgment, which redacts the names of Cigna's

7    clients identified in the sealed, highlighted version of this document

8    previously filed under seal at ECF No. 179-1.

9    gg.    Attached as **Exhibit B-64** is a true and correct copy of the public,

10   redacted version of Cigna_TML00009997, Exhibit B-64 to Cigna's

11   Motion for Summary Judgment, which redacts the names of Cigna's

12   clients identified in the sealed, highlighted version of this document

13   previously filed under seal at ECF No. 179-2.

14   hh.    Attached as **Exhibit B-65** is a true and correct copy of the public,

15   redacted version of Cigna_TML00196008, Exhibit B-65 to Cigna's

16   Motion for Summary Judgment, which redacts the names of Cigna's

17   clients identified in the sealed, highlighted version of this document

18   previously filed under seal at ECF No. 179-3.

19   ii.    Attached as **Exhibit B-66** is a true and correct copy of the public,

20   redacted version of Cigna_TML00025144, Exhibit B-66 to Cigna's

21   Motion for Summary Judgment, which redacts the names of Cigna's

22   clients identified in the sealed, highlighted version of this document

23   previously filed under seal at ECF No. 179-4.

24   jj.    Attached as **Exhibit B-67** is a true and correct copy of the public,

25   redacted version of Cigna_TML00025213, Exhibit B-67 to Cigna's

26   Motion for Summary Judgment, which redacts the names of Cigna's

27   clients identified in the sealed, highlighted version of this document

28   previously filed under seal at ECF No. 179-5.

1       kk.   Attached as **Exhibit B-68** is a true and correct copy of the public,

2       redacted version of Cigna_TML00010141, Exhibit B-68 to Cigna's

3       Motion for Summary Judgment, which redacts the names of Cigna's

4       clients identified in the sealed, highlighted version of this document

5       previously filed under seal at ECF No. 180-1.

6       ll.   Attached as **Exhibit B-69** is a true and correct copy of the public,

7       redacted version of Cigna_TML00010220, Exhibit B-69 to Cigna's

8       Motion for Summary Judgment, which redacts the names of Cigna's

9       clients identified in the sealed, highlighted version of this document

10      previously filed under seal at ECF No. 180-2.

11      mm.   Attached as **Exhibit B-70** is a true and correct copy of the public,

12      redacted version of Cigna_TML00010330, Exhibit B-70 to Cigna's

13      Motion for Summary Judgment, which redacts the names of Cigna's

14      clients identified in the sealed, highlighted version of this document

15      previously filed under seal at ECF No. 180-3.

16      nn.   Attached as **Exhibit B-71** is a true and correct copy of the public,

17      redacted version of Cigna_TML00025280, Exhibit B-71 to Cigna's

18      Motion for Summary Judgment, which redacts the names of Cigna's

19      clients identified in the sealed, highlighted version of this document

20      previously filed under seal at ECF No. 180-4.

21      oo.   Attached as **Exhibit B-72** is a true and correct copy of the public,

22      redacted version of Cigna_TML00025357, Exhibit B-72 to Cigna's

23      Motion for Summary Judgment, which redacts the names of Cigna's

24      clients identified in the sealed, highlighted version of this document

25      previously filed under seal at ECF No. 181-1.

26      pp.   Attached as **Exhibit B-73** is a true and correct copy of the public,

27      redacted version of Cigna_TML00010703, Exhibit B-73 to Cigna's

28      Motion for Summary Judgment, which redacts the names of Cigna's

1    clients identified in the sealed, highlighted version of this document

2    previously filed under seal at ECF No. 181-2.

3    qq.    Attached as **Exhibit B-74** is a true and correct copy of the public,

4    redacted version of Cigna_TML00010830, Exhibit B-74 to Cigna's

5    Motion for Summary Judgment, which redacts the names of Cigna's

6    clients identified in the sealed, highlighted version of this document

7    previously filed under seal at ECF No. 181-3.

8    rr.    Attached as **Exhibit B-75** is a true and correct copy of the public,

9    redacted version of Cigna_TML00010908, Exhibit B-75 to Cigna's

10    Motion for Summary Judgment, which redacts the names of Cigna's

11    clients identified in the sealed, highlighted version of this document

12    previously filed under seal at ECF No. 181-4.

13    ss.    Attached as **Exhibit B-76** is a true and correct copy of the public,

14    redacted version of Cigna_TML00026382, Exhibit B-76 to Cigna's

15    Motion for Summary Judgment, which redacts the names of Cigna's

16    clients identified in the sealed, highlighted version of this document

17    previously filed under seal at ECF No. 181-5.

18    tt.    Attached as **Exhibit B-77** is a true and correct copy of the public,

19    redacted version of Cigna_TML00026100, Exhibit B-77 to Cigna's

20    Motion for Summary Judgment, which redacts the names of Cigna's

21    clients identified in the sealed, highlighted version of this document

22    previously filed under seal at ECF No. 181-6.

23    uu.    Attached as **Exhibit B-78** is a true and correct copy of the public,

24    redacted version of Cigna_TML00011035, Exhibit B-78 to Cigna's

25    Motion for Summary Judgment, which redacts the names of Cigna's

26    clients identified in the sealed, highlighted version of this document

27    previously filed under seal at ECF No. 182-1.

28    vv.    Attached as **Exhibit B-79** is a true and correct copy of the public,

1    redacted version of Cigna_TML00011109, Exhibit B-79 to Cigna's

2    Motion for Summary Judgment, which redacts the names of Cigna's

3    clients identified in the sealed, highlighted version of this document

4    previously filed under seal at ECF No. 182-2.

5    ww.    Attached as **Exhibit B-80** is a true and correct copy of the public,

6    redacted version of Cigna_TML00026554, Exhibit B-80 to Cigna's

7    Motion for Summary Judgment, which redacts the names of Cigna's

8    clients identified in the sealed, highlighted version of this document

9    previously filed under seal at ECF No. 182-3.

10   xx.    Attached as **Exhibit B-81** is a true and correct copy of the public,

11   redacted version of Cigna_TML00026679, Exhibit B-81 to Cigna's

12   Motion for Summary Judgment, which redacts the names of Cigna's

13   clients identified in the sealed, highlighted version of this document

14   previously filed under seal at ECF No. 182-4.

15   yy.    Attached as **Exhibit B-82** is a true and correct copy of the public,

16   redacted version of Cigna_TML00026663, Exhibit B-82 to Cigna's

17   Motion for Summary Judgment, which redacts the names of Cigna's

18   clients identified in the sealed, highlighted version of this document

19   previously filed under seal at ECF No. 182-5.

20   zz. Attached as **Exhibit B-83** is a true and correct copy of the public,

21   redacted version of Cigna_TML00011544, Exhibit B-83 to Cigna's

22   Motion for Summary Judgment, which redacts the names of Cigna's

23   clients identified in the sealed, highlighted version of this document

24   previously filed under seal at ECF No. 183-1.

25   aaa.   Attached as **Exhibit B-84** is a true and correct copy of the public,

26   redacted version of Cigna_TML00011614, Exhibit B-84 to Cigna's

27   Motion for Summary Judgment, which redacts the names of Cigna's

28   clients identified in the sealed, highlighted version of this document

1   previously filed under seal at ECF No. 183-2.

2   bbb.   Attached as **Exhibit B-85** is a true and correct copy of the public,

3   redacted version of Cigna_TML00011622, Exhibit B-85 to Cigna's

4   Motion for Summary Judgment, which redacts the names of Cigna's

5   clients identified in the sealed, highlighted version of this document

6   previously filed under seal at ECF No. 183-3.

7   ccc.   Attached as **Exhibit B-86** is a true and correct copy of the public,

8   redacted version of Cigna_TML00026728, Exhibit B-86 to Cigna's

9   Motion for Summary Judgment, which redacts the names of Cigna's

10   clients identified in the sealed, highlighted version of this document

11   previously filed under seal at ECF No. 183-4.

12   ddd.   Attached as **Exhibit B-87** is a true and correct copy of the public,

13   redacted version of Cigna_TML00011842, Exhibit B-87 to Cigna's

14   Motion for Summary Judgment, which redacts the names of Cigna's

15   clients identified in the sealed, highlighted version of this document

16   previously filed under seal at ECF No. 183-5.

17   eee.   Attached as **Exhibit B-88** is a true and correct copy of the public,

18   redacted version of Cigna_TML00026861, Exhibit B-88 to Cigna's

19   Motion for Summary Judgment, which redacts the names of Cigna's

20   clients identified in the sealed, highlighted version of this document

21   previously filed under seal at ECF No. 183-6.

22   fff.Attached as **Exhibit B-89** is a true and correct copy of the public,

23   redacted version of Cigna_TML00012195, Exhibit B-89 to Cigna's

24   Motion for Summary Judgment, which redacts the names of Cigna's

25   clients identified in the sealed, highlighted version of this document

26   previously filed under seal at ECF No. 184-1.

27   ggg.   Attached as **Exhibit B-90** is a true and correct copy of the public,

28   redacted version of Cigna_TML00012271, Exhibit B-90 to Cigna's

13

1    Motion for Summary Judgment, which redacts the names of Cigna's

2    clients identified in the sealed, highlighted version of this document

3    previously filed under seal at ECF No. 184-2.

4    hhh.   Attached as **Exhibit B-91** is a true and correct copy of the public,

5    redacted version of Cigna_TML00026919, Exhibit B-91 to Cigna's

6    Motion for Summary Judgment, which redacts the names of Cigna's

7    clients identified in the sealed, highlighted version of this document

8    previously filed under seal at ECF No. 184-3.

9    iii. Attached as **Exhibit B-92** is a true and correct copy of the public,

10   redacted version of Cigna_TML00027139, Exhibit B-92 to Cigna's

11   Motion for Summary Judgment, which redacts the names of Cigna's

12   clients identified in the sealed, highlighted version of this document

13   previously filed under seal at ECF No. 184-4.

14   jjj. Attached as **Exhibit B-93** is a true and correct copy of the public,

15   redacted version of Cigna_TML00012338, Exhibit B-93 to Cigna's

16   Motion for Summary Judgment, which redacts the names of Cigna's

17   clients identified in the sealed, highlighted version of this document

18   previously filed under seal at ECF No. 184-5.

19   kkk.   Attached as **Exhibit B-94** is a true and correct copy of the public,

20   redacted version of Cigna_TML00027226, Exhibit B-94 to Cigna's

21   Motion for Summary Judgment, which redacts the names of Cigna's

22   clients identified in the sealed, highlighted version of this document

23   previously filed under seal at ECF No. 185-1.

24   lll. Attached as **Exhibit B-95** is a true and correct copy of the public,

25   redacted version of Cigna_TML00012565, Exhibit B-95 to Cigna's

26   Motion for Summary Judgment, which redacts the names of Cigna's

27   clients identified in the sealed, highlighted version of this document

28   previously filed under seal at ECF No. 185-2.

mmm.      Attached as **Exhibit B-96** is a true and correct copy of the public, redacted version of Cigna_TML00012670, Exhibit B-96 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 185-3.

nnn.   Attached as **Exhibit B-97** is a true and correct copy of the public, redacted version of Cigna_TML00012918, Exhibit B-97 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 186-1.

ooo.   Attached as **Exhibit B-99** is a true and correct copy of the public, redacted version of Cigna_TML00012984, Exhibit B-99 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 186-2.

ppp.   Attached as **Exhibit B-100** is a true and correct copy of the public, redacted version of Cigna_TML00013057, Exhibit B-100 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 187-1.

qqq.   Attached as **Exhibit B-101** is a true and correct copy of the public, redacted version of Cigna_TML00027467, Exhibit B-101 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's clients identified in the sealed, highlighted version of this document previously filed under seal at ECF No. 187-2.

rrr. Attached as **Exhibit B-102** is a true and correct copy of the public, redacted version of Cigna_TML00013595, Exhibit B-102 to Cigna's Motion for Summary Judgment, which redacts the names of Cigna's

15

1    clients identified in the sealed, highlighted version of this document

2    previously filed under seal at ECF No. 188-1.

3    sss.    Attached as **Exhibit B-103** is a true and correct copy of the public,

4    redacted version of Cigna_TML00013665, Exhibit B-103 to Cigna's

5    Motion for Summary Judgment, which redacts the names of Cigna's

6    clients identified in the sealed, highlighted version of this document

7    previously filed under seal at ECF No. 188-2.

8    ttt. Attached as **Exhibit B-104** is a true and correct copy of the public,

9    redacted version of Cigna_TML00013816, Exhibit B-104 to Cigna's

10    Motion for Summary Judgment, which redacts the names of Cigna's

11    clients identified in the sealed, highlighted version of this document

12    previously filed under seal at ECF No. 189-1.

13    uuu.    Attached as **Exhibit B-105** is a true and correct copy of the public,

14    redacted version of Cigna_TML00027603, Exhibit B-105 to Cigna's

15    Motion for Summary Judgment, which redacts the names of Cigna's

16    clients identified in the sealed, highlighted version of this document

17    previously filed under seal at ECF No. 189-2.

18    vvv.    Attached as **Exhibit B-106** is a true and correct copy of the public,

19    redacted version of Cigna_TML00014111, Exhibit B-106 to Cigna's

20    Motion for Summary Judgment, which redacts the names of Cigna's

21    clients identified in the sealed, highlighted version of this document

22    previously filed under seal at ECF No. 189-3.

23    www. Attached as **Exhibit B-107** is a true and correct copy of the public,

24    redacted version of Cigna_TML00014041, Exhibit B-107 to Cigna's

25    Motion for Summary Judgment, which redacts the names of Cigna's

26    clients identified in the sealed, highlighted version of this document

27    previously filed under seal at ECF No. 189-4.

28    xxx.    Attached as **Exhibit B-108** is a true and correct copy of the public,

1    redacted version of Cigna_TML00014162, Exhibit B-108 to Cigna's
2    Motion for Summary Judgment, which redacts the names of Cigna's
3    clients identified in the sealed, highlighted version of this document
4    previously filed under seal at ECF No. 190-1.

5    yyy.   Attached as **Exhibit B-109** is a true and correct copy of the public,
6    redacted version of Cigna_TML00014276, Exhibit B-109 to Cigna's
7    Motion for Summary Judgment, which redacts the names of Cigna's
8    clients identified in the sealed, highlighted version of this document
9    previously filed under seal at ECF No. 190-2.

10   zzz.   Attached as **Exhibit B-110** is a true and correct copy of the public,
11   redacted version of Cigna_TML00028368, Exhibit B-110 to Cigna's
12   Motion for Summary Judgment, which redacts the names of Cigna's
13   clients identified in the sealed, highlighted version of this document
14   previously filed under seal at ECF No. 191-1.

15   aaaa.  Attached as **Exhibit B-111** is a true and correct copy of the public,
16   redacted version of Cigna_TML00014459, Exhibit B-111 to Cigna's
17   Motion for Summary Judgment, which redacts the names of Cigna's
18   clients identified in the sealed, highlighted version of this document
19   previously filed under seal at ECF No. 191-2.

20   bbbb.  Attached as **Exhibit B-112** is a true and correct copy of the public,
21   redacted version of Cigna_TML00108687, Exhibit B-112 to Cigna's
22   Motion for Summary Judgment, which redacts the names of Cigna's
23   clients identified in the sealed, highlighted version of this document
24   previously filed under seal at ECF No. 191-3.

25   cccc.  Attached as **Exhibit B-113** is a true and correct copy of the public,
26   redacted version of Cigna_TML00014797, Exhibit B-113 to Cigna's
27   Motion for Summary Judgment, which redacts the names of Cigna's
28   clients identified in the sealed, highlighted version of this document

1           previously filed under seal at ECF No. 192-1.

2          dddd. Attached as **Exhibit B-114** is a true and correct copy of the public,

3                 redacted version of Cigna_TML00014886, Exhibit B-114 to Cigna's

4                 Motion for Summary Judgment, which redacts the names of Cigna's

5                 clients identified in the sealed, highlighted version of this document

6                 previously filed under seal at ECF No. 192-2.

7          eeee.  Attached as **Exhibit B-115** is a true and correct copy of the public,

8                 redacted version of Cigna_TML00028650, Exhibit B-115 to Cigna's

9                 Motion for Summary Judgment, which redacts the names of Cigna's

10                 clients identified in the sealed, highlighted version of this document

11                 previously filed under seal at ECF No. 192-3.

12          ffff.    Attached as **Exhibit B-116** is a true and correct copy of the public,

13                 redacted version of Cigna_TML00028739, Exhibit B-116 to Cigna's

14                 Motion for Summary Judgment, which redacts the names of Cigna's

15                 clients identified in the sealed, highlighted version of this document

16                 previously filed under seal at ECF No. 193-1.

17          gggg. Attached as **Exhibit B-117** is a true and correct copy of the public,

18                 redacted version of Cigna_TML00029096, Exhibit B-117 to Cigna's

19                 Motion for Summary Judgment, which redacts the names of Cigna's

20                 clients identified in the sealed, highlighted version of this document

21                 previously filed under seal at ECF No. 193-2.

22          hhhh. Attached as **Exhibit B-118** is a true and correct copy of the public,

23                 redacted version of Cigna_TML00015176, Exhibit B-118 to Cigna's

24                 Motion for Summary Judgment, which redacts the names of Cigna's

25                 clients identified in the sealed, highlighted version of this document

26                 previously filed under seal at ECF No. 194-1.

27          iiii.    Attached as **Exhibit B-119** is a true and correct copy of the public,

28                 redacted version of Cigna_TML00015492, Exhibit B-119 to Cigna's

1  Motion for Summary Judgment, which redacts the names of Cigna's

2  clients identified in the sealed, highlighted version of this document

3  previously filed under seal at ECF No. 194-2.

4  jjjj.    Attached as **Exhibit B-120** is a true and correct copy of the public,

5  redacted version of Cigna_TML00015574, Exhibit B-120 to Cigna's

6  Motion for Summary Judgment, which redacts the names of Cigna's

7  clients identified in the sealed, highlighted version of this document

8  previously filed under seal at ECF No. 194-3.

9  kkkk. Attached as **Exhibit B-121** is a true and correct copy of the public,

10  redacted version of Cigna_TML00015673, Exhibit B-121 to Cigna's

11  Motion for Summary Judgment, which redacts the names of Cigna's

12  clients identified in the sealed, highlighted version of this document

13  previously filed under seal at ECF No. 194-4.

14  llll.    Attached as **Exhibit B-122** is a true and correct copy of the public,

15  redacted version of Cigna_TML00015843, Exhibit B-122 to Cigna's

16  Motion for Summary Judgment, which redacts the names of Cigna's

17  clients identified in the sealed, highlighted version of this document

18  previously filed under seal at ECF No. 195-1.

19  mmmm.        Attached as **Exhibit B-123** is a true and correct copy of the

20  public, redacted version of Cigna_TML00015913, Exhibit B-123 to

21  Cigna's Motion for Summary Judgment, which redacts the names of

22  Cigna's clients identified in the sealed, highlighted version of this

23  document previously filed under seal at ECF No. 195-2.

24  nnnn. Attached as **Exhibit B-124** is a true and correct copy of the public,

25  redacted version of Cigna_TML00016158, Exhibit B-124 to Cigna's

26  Motion for Summary Judgment, which redacts the names of Cigna's

27  clients identified in the sealed, highlighted version of this document

28  previously filed under seal at ECF No. 195-3.

1      oooo. Attached as **Exhibit B-125** is a true and correct copy of the public,

2      redacted version of Cigna_TML00016401, Exhibit B-125 to Cigna's

3      Motion for Summary Judgment, which redacts the names of Cigna's

4      clients identified in the sealed, highlighted version of this document

5      previously filed under seal at ECF No. 196-1.

6      pppp. Attached as **Exhibit B-126** is a true and correct copy of the public,

7      redacted version of Cigna_TML00016304, Exhibit B-126 to Cigna's

8      Motion for Summary Judgment, which redacts the names of Cigna's

9      clients identified in the sealed, highlighted version of this document

10      previously filed under seal at ECF No. 196-2.

11      qqqq. Attached as **Exhibit B-127** is a true and correct copy of the public,

12      redacted version of Cigna_TML00016376, Exhibit B-127 to Cigna's

13      Motion for Summary Judgment, which redacts the names of Cigna's

14      clients identified in the sealed, highlighted version of this document

15      previously filed under seal at ECF No. 196-3.

16      rrrr.  Attached as **Exhibit B-128** is a true and correct copy of the public,

17      redacted version of Cigna_TML00016506, Exhibit B-128 to Cigna's

18      Motion for Summary Judgment, which redacts the names of Cigna's

19      clients identified in the sealed, highlighted version of this document

20      previously filed under seal at ECF No. 196-4.

21      ssss.  Attached as **Exhibit B-129** is a true and correct copy of the public,

22      redacted version of Cigna_TML00016565, Exhibit B-129 to Cigna's

23      Motion for Summary Judgment, which redacts the names of Cigna's

24      clients identified in the sealed, highlighted version of this document

25      previously filed under seal at ECF No. 196-5.

26      tttt.  Attached as **Exhibit B-130** is a true and correct copy of the public,

27      redacted version of Cigna_TML00016780, Exhibit B-130 to Cigna's

28      Motion for Summary Judgment, which redacts the names of Cigna's

1     clients identified in the sealed, highlighted version of this document

2     previously filed under seal at ECF No. 196-6.

3         uuuu. Attached as **Exhibit B-131** is a true and correct copy of the public,

4     redacted version of Cigna_TML00017060, Exhibit B-131 to Cigna's

5     Motion for Summary Judgment, which redacts the names of Cigna's

6     clients identified in the sealed, highlighted version of this document

7     previously filed under seal at ECF No. 197-1.

8         vvvv. Attached as **Exhibit B-132** is a true and correct copy of the public,

9     redacted version of Cigna_TML00017125, Exhibit B-132 to Cigna's

10    Motion for Summary Judgment, which redacts the names of Cigna's

11    clients identified in the sealed, highlighted version of this document

12    previously filed under seal at ECF No. 197-2.

13        wwww.      Attached as **Exhibit B-133** is a true and correct copy of the

14    public, redacted version of Cigna_TML00017274, Exhibit B-133 to

15    Cigna's Motion for Summary Judgment, which redacts the names of

16    Cigna's clients identified in the sealed, highlighted version of this

17    document previously filed under seal at ECF No. 197-3.

18        xxxx. Attached as **Exhibit B-134** is a true and correct copy

19    Cigna_TML00001269, Exhibit A-1 to Plaintiffs' Opposition to Cigna's

20    Motion for Summary Judgment, which redacts the names of Cigna's

21    clients identified in the sealed, highlighted version of this document

22    attached to the Olin Declaration filed herewith.

23        7.    **Cost Containment Fee Information** (*see* Omnibus Sealing Mot. at 6-8).

24    Plaintiffs filed certain identical exhibits to their Opposition to Cigna's Motion for

25    Summary Judgment and their Motion *in Limine* No. 2.  Cigna has provided a single set

26    of proposed identical replacement exhibits—the public, redacted versions are attached

27    to my Declaration and the sealed, highlighted versions are attached to the Olin

28    Declaration.

21

a.     Attached as **Exhibit C-1** is a true and correct copy of the public, redacted version of excerpts of the deposition transcript of Terri Cothron (pages 102-104, 108-109, 156-158, and 165-167), which redacts the information sought to be sealed in the accompanying Omnibus Motion.

b.     Attached as **Exhibit C-2** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff TML Recovery, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

c.     Attached as **Exhibit C-3** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff MMR Services, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

d.     Attached as **Exhibit C-4** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff Addiction Health Alliance, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

e.     Attached as **Exhibit C-5** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff Addiction Health Alliance, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

f.     Attached as **Exhibit C-6** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff

22

1   Addiction Health Alliance, and which redacts the information
2   sought to be sealed in the accompanying Omnibus Motion.

3   g.   Attached as **Exhibit C-7** is a true and correct copy of a document
4   created by Plaintiffs, which upon information and belief, contains
5   excerpts from Cigna's Vol. 18 production specific to Plaintiff
6   Addiction Health Alliance, and which redacts the information
7   sought to be sealed in the accompanying Omnibus Motion.

8   h.   Attached as **Exhibit C-8** is a true and correct copy of a document
9   created by Plaintiffs, which upon information and belief, contains
10   excerpts from Cigna's Vol. 18 production specific to Plaintiff DR
11   Recovery, and which redacts the information sought to be sealed in
12   the accompanying Omnibus Motion.

13   i.   Attached as **Exhibit C-9** is a true and correct copy of a document
14   created by Plaintiffs, which upon information and belief, contains
15   excerpts from Cigna's Vol. 18 production specific to Plaintiff DR
16   Recovery, and which redacts the information sought to be sealed in
17   the accompanying Omnibus Motion.

18   j.   Attached as **Exhibit C-10** is a true and correct copy of a document
19   created by Plaintiffs, which upon information and belief, contains
20   excerpts from Cigna's Vol. 18 production specific to Plaintiff
21   SCRCO, and which redacts the information sought to be sealed in
22   the accompanying Omnibus Motion.

23   k.   Attached as **Exhibit C-11** is a true and correct copy of a document
24   created by Plaintiffs, which upon information and belief, contains
25   excerpts from Cigna's Vol. 18 production specific to Plaintiff
26   Pacific Palms Recovery, and which redacts the information sought
27   to be sealed in the accompanying Omnibus Motion.

28   l.   Attached as **Exhibit C-12** is a true and correct copy of a document

23

created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff Pacific Palms Recovery, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

m.   Attached as **Exhibit C-13** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff Women's Recovery Center, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

n.   Attached as **Exhibit C-14** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff Women's Recovery Center, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

o.   Attached as **Exhibit C-15** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff SCAC, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

p.   Attached as **Exhibit C-16** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff SCAC, and which redacts the information sought to be sealed in the accompanying Omnibus Motion.

q.   Attached as **Exhibit C-17** is a true and correct copy of a document created by Plaintiffs, which upon information and belief, contains excerpts from Cigna's Vol. 18 production specific to Plaintiff DR Recovery, patient J.J., and which redacts the information sought to

be sealed in the accompanying Omnibus Motion.

The below chart provides the ECF references to the previously filed fully sealed versions, which should be replaced with the sealed, highlighted documents noted in column two, and ECF references to the previously filed public exhibit cover pages, which would be replaced with the public, redacted documents noted in column three and attached to this Declaration.

| ECF No. of Previously Submitted Fully Sealed / Public Exhibit Cover Page | [Proposed] Sealed, Highlighted Replacement Ex. No. | [Proposed] Public, Redacted Replacement Exhibit No. |
|---|---|---|
| ECF No. 215-5 / 225-5: Ex. A-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-1 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-1 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 243-9 / 230-12: Ex. C-12 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 244-8 / 231-11: Ex. D-11 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 245-9 / 232-13: Ex. E-13 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 253-1 / 252-1: Ex. E-14 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 253-2 / 252-2: Ex. E-15 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-6 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-6 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 246-10 / 233-13: Ex. F-13 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-7 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-7 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 246-11 / 233-14: Ex. F-14 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-8 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 246-12 / 233-15: Ex. F-15 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-9 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-9 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 247-8 / 234-11: Ex. G- | Ex. C-10 to Olin Decl. | Ex. C-10 to Robertson |

| 11 filed ISO Plaintiffs' Opp. to Cigna's MSJ | ISO Omnibus Sealing Motion | Decl. ISO Omnibus Sealing Motion |
|---|---|---|
| ECF No. 248-9 / 235-12: Ex. H-12 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-11 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-11 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 248-10 / 235-13: Ex. H-13 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-12 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-12 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 249-9 / 236-12: Ex. I-12 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-13 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-13 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 249-10 / 236-13: Ex. I-13 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-14 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-14 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 250-9 / 237-13: Ex. J-13 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-15 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-15 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 250-11 / 237-15: Ex. J-15 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. C-16 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-16 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-7[1]: Ex. A-6 filed ISO Plaintiffs' MIL No. 2 | Ex. C-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-8: Ex. A-7 filed ISO Plaintiffs' MIL No. 2 | Ex. C-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-9: Ex. A-8 filed ISO Plaintiffs' MIL No. 2 | Ex. C-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-10: Ex. A-9 filed ISO Plaintiffs' MIL No. 2 | Ex. C-6 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-6 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-11: Ex. A-10 filed ISO Plaintiffs' MIL No. 2 | Ex. C-8 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-12: Ex. A-11 filed ISO Plaintiffs' MIL No. 2 | Ex. C-9 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-9 to Robertson Decl. ISO Omnibus |

---

[1] Cigna has been unable to locate the corresponding public cover pages for Exhibits A-1 – A-27, which Plaintiffs were required to file in addition to the sealed versions of these documents.

26

| | | Sealing Motion |
|---|---|---|
| ECF No. 291-13: Ex. A-12 filed ISO Plaintiffs' MIL No. 2 | Ex. C-10 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-10 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-14: Ex. A-13 filed ISO Plaintiffs' MIL No. 2 | Ex. C-11 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-11 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 291-15: Ex. A-14 filed ISO Plaintiffs' MIL No. 2 | Ex. C-12 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-12 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-2: Ex. A-15 filed ISO Plaintiffs' MIL No. 2 | Ex. C-13 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-13 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-3: Ex. A-16 filed ISO Plaintiffs' MIL No. 2 | Ex. C-14 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-14 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-4: Ex. A-17 filed ISO Plaintiffs' MIL No. 2 | Ex. C-15 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-15 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-5: Ex. A-18 filed ISO Plaintiffs' MIL No. 2 | Ex. C-16 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-16 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-12: Ex. A-25 filed ISO Plaintiffs' MIL No. 2 | Ex. C-18 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-18 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-14: Ex. A-27 filed ISO Pls.' MIL No. 2 | Ex. C-1 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-1 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 314-6 / 316-4: Ex. D filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 314-7 / 316-5: Ex. E filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 314-8 / 316-6: Ex. F filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-6 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-6 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 314-10 / 316-8: Ex. H filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-7 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |

| ECF No. 314-11 / 316-9: Ex. I filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-8 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |
|---|---|---|
| ECF No. 314-12 / 316-10: Ex. J filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-9 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 314-14 / 316-12: Ex. L filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-15 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 314-16 / 316-14: Ex. N filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-11 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 314-17 / 316-15: Ex. O filed ISO Pls.' Opp. to MultiPlan's MIL No. 1 | Ex. C-12 to Olin Decl. ISO Omnibus Sealing Motion | Ex. C-8 to Robertson Decl. ISO Omnibus Sealing Motion |

8. **Cost Containment Communications** (*see* Omnibus Sealing Mot. at 8-23). In some cases, Plaintiffs have filed identical sets of these documents as exhibits to their Opposition to Cigna's Motion for Summary Judgment and their Motion *in Limine* No. 2. Cigna has provided a single set of proposed identical replacement exhibits—the public, redacted versions are attached to my Declaration and the sealed, highlighted versions are attached to the Olin Declaration—which should be used to replace each, identical exhibit as indicated below.

   a. **Cigna_TML000171620**: Attached as **Exhibit D-1** is a true and correct copy of the public, redacted version of the Declaration of Rich Collins filed in Support of Plaintiffs' Motion *in Limine* No. 2, which redacts quotes from Cigna_TML00171620.

   b. **Cigna_TML00171757**: Attached as **Exhibit D-2** is a true and correct copy of the public, redacted version of Cigna_TML00171757, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace the previously sealed public exhibit cover pages for each of the below-listed versions of Cigna_TML00171757.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 243-2 / 230-2: Ex. C-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 244-2 / 231-2: Ex. D-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 245-2 / 232-2: Ex. E-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 246-2 / 233-2: Ex. F-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 247-2 / 234-2: Ex. G-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 248-2 / 235-2: Ex. H-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 249-2 / 236-2: Ex. I-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 250-2 / 237-2: Ex. J-2 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-3: Ex. A-20 filed ISO Plaintiffs' MIL No. 2 | Ex. D-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-2 to Robertson Decl. ISO Omnibus Sealing Motion |

  **c.**  **Cigna_TML00171719**: Attached as **Exhibit D-3** is a true and correct copy of the public, redacted version of Cigna_TML00171719, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace the previously sealed public exhibit cover pages for each of the below-listed versions of Cigna_TML00171719.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 243-4 / 230-4: Ex. C-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 244-4 / 231-4: Ex. D-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 245-4 / 232-4: Ex. E-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 246-4 / 233-4: Ex. F-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 247-4 / 234-4: Ex. G-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 248-4 / 235-4: Ex. H-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 249-4 / 236-4: Ex. I-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 250-4 / 237-4: Ex. J-4 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-5: Ex. A-22 filed ISO Plaintiffs' MIL No. 2 | Ex. D-3 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-3 to Robertson Decl. ISO Omnibus Sealing Motion |

    **d.**    **Cigna_TML00171752**: Attached as **Exhibit D-4** is a true and correct copy of the public, redacted version of Cigna_TML00171752, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace the previously sealed public exhibit cover pages for each of the below-listed versions of Cigna_TML00171752.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 243-5 / 230-5: Ex. C-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 244-5 / 231-5: Ex. D-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 245-5 / 232-5: Ex. E-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 246-5 / 233-5: Ex. F-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 247-5 / 234-5: Ex. G-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 248-5 / 235-5: Ex. H-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 249-5 / 236-5: Ex. I-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 250-5 / 237-5: Ex. J-5 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-5: Ex. A-23 filed ISO Plaintiffs' MIL No. 2 | Ex. D-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-4 to Robertson Decl. ISO Omnibus Sealing Motion |

e.   **Cigna_TML00171781**: Attached as **Exhibit D-5** is a true and correct copy of the public, redacted version of Cigna_TML00171781, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace the previously sealed public exhibit cover pages for each of the below-listed versions of Cigna_TML00171781.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 243-6 / 230-6: Ex. C-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 244-6 / 231-6: Ex. D-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 245-6 / 232-6: Ex. E-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 246-6 / 233-6: Ex. F-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 247-6 / 234-6: Ex. G-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 248-6 / 235-6: Ex. H-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 249-6 / 236-6: Ex. I-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 250-6 / 237-6: Ex. J-6 filed ISO Plaintiffs' Opp. to Cigna's MSJ | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |
| ECF No. 292-6: Ex. A-24 filed ISO Plaintiffs' MIL No. 2 | Ex. D-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. D-5 to Robertson Decl. ISO Omnibus Sealing Motion |

9.    **Expert reports and deposition transcript of Dr. Andrea Barthwell**[2] (*see* Omnibus Sealing Mot. at 23-25).

a.    Attached as **Exhibit E-1** is a true and correct copy of the public,

---

[2] For ease of reference Cigna and MultiPlan have condensed the redactions for the material they each seek to redact in the expert materials into one set of Exhibits (E-1 – E-7) attached to the Robertson and Olin Declarations.  The Omnibus Sealing Motion describes the information that Cigna seeks to seal and I understand that MultiPlan's Renewed Motion to Seal also describes and sets for the specific factual findings necessary to seal the information redacted in these materials.

redacted version of the expert rebuttal report of Dr. Kelly Clark, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace any previously filed public version of the document to the extent it exists.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 294-6[3]: Ex. B-5 to Plaintiffs' MIL No. 4 | Ex. E-1 to Olin Decl. ISO Omnibus Sealing Motion | Ex. E-1 to Robertson Decl. ISO Omnibus Sealing Motion |

a. Attached as **Exhibit E-2** is a true and correct copy of the public, redacted version of the expert rebuttal report of Kevin O'Brien, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace any previously filed public version of the document to the extent it exists.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 294-5: Ex. B-4 to Plaintiffs' MIL No. 4 | Ex. E-2 to Olin Decl. ISO Omnibus Sealing Motion | Ex. E-2 to Robertson Decl. ISO Omnibus Sealing Motion |

a. Attached as **Exhibit E-3** is a true and correct copy of the public, redacted version of the expert report of Dr. Andrea Barthwell dated March 30, 2023, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace ECF No. 302-3.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 301-3 / 302-3: Ex. B | Ex. E-3 to Olin Decl. | Ex. E-3 to Robertson |

---

[3] Cigna has been unable to locate the corresponding public cover pages for Exhibits B-1 – B-6, which Plaintiffs were required to file in addition to the sealed versions of these documents.

| to Cigna's MIL No. 1 | ISO Omnibus Sealing Motion | Decl. ISO Omnibus Sealing Motion |

a. Attached as **Exhibit E-4** is a true and correct copy of the public, redacted version of the supplemental expert report of Dr. Andrea Barthwell dated July 9, 2023, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace ECF No. 302-4.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 301-4 / 302-4: Ex. C to Cigna's MIL No. 1 | Ex. E-4 to Olin Decl. ISO Omnibus Sealing Motion | Ex. E-4 to Robertson Decl. ISO Omnibus Sealing Motion |

a. Attached as **Exhibit E-5** is a true and correct copy of the public redacted version of the comparison of Dr. Barthwell's initial and supplemental expert reports created by Plaintiffs, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace ECF No. 302-5.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|
| ECF No. 301-5 / 302-5: Ex. D to Cigna's MIL No. 1 | Ex. E-5 to Olin Decl. ISO Omnibus Sealing Motion | Ex. E-5 to Robertson Decl. ISO Omnibus Sealing Motion |

a. Attached as **Exhibit E-6** is a true and correct copy of the public redacted version of the deposition transcript of Dr. Andrea Barthwell, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace ECF No. 302-6.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
|---|---|---|

34

| ECF No. 301-2 / 302-2: Ex. A to Cigna's MIL No. 1 | Ex. E-6 to Olin Decl. ISO Omnibus Sealing Motion | Ex. E-6 to Robertson Decl. ISO Omnibus Sealing Motion |

a. Attached as **Exhibit E-7** is a true and correct copy of the public redacted version of Cigna's Motion *in Limine* No. 1, which redacts information sought to be sealed in the Omnibus Sealing Motion and which should replace ECF No. 301.

| ECF No. of Document Sealed in Full / Public Exhibit Cover Page Document | [Proposed] Highlighted Sealed Replacement Ex. No. | [Proposed] Redacted Public Replacement Exhibit No. |
| --- | --- | --- |
| ECF No. 301 / 302: Cigna's MIL No. 1 | Ex. E-7 to Olin Decl. ISO Omnibus Sealing Motion | Ex. E-7 to Robertson Decl. ISO Omnibus Sealing Motion |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on August 14, 2023, in San Diego, California.

*Jamie D. Robertson*
Jamie D. Robertson