**ARNALL GOLDEN GREGORY LLP**
Richard T. Collins (Bar No. 166577)
  rich.collins@agg.com
Damon D. Eisenbrey (Bar No. 215927)
  damon.eisenbrey@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4030

**CALLAHAN & BLAINE, APLC**
Michael J. Sachs (Bar No. 134468)
  mjs@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile:  (714) 241-4445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TML RECOVERY, LLC, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION, *et al.*<br><br>Defendants.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>TML RECOVERY, LLC, *et al.*<br><br>Counterclaim Defendants. | **Case No.: 8:20-cv-0269-DOC-JDE**<br><br>*Assigned to Judge David O. Carter*<br><br>Consolidated with:<br>8:20-cv-0271    8:20-cv-0272<br>8:20-cv-0273    8:20-cv-0274<br>8:20-cv-0787    8:20-cv-0788<br><br>**PLAINTIFFS' MOTION TO UNSEAL DOCUMENTS**<br><br>Date: December 11, 2023<br>Time: 8:30 a.m.<br>Courtroom:  10 A |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that on December 11, 2023, at 8:30 a.m., in Courtroom 10 A of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA, 92701-4516, Plaintiffs/Counterclaim Defendants TML Recovery, LLC ("TML"), MMR Services, LLC ("MMR"), Addiction Health Alliance, LLC ("AHA"), DR Recovery Encinitas, LLC ("DRR"), and Southern California Recovery Center Oceanside, LLC ("SCRCO"), and Plaintiffs Pacific Palms Recovery, LLC ("PPR"), Southern California Addiction Center, Inc. ("SCAC"), and Woman's Recovery Center, LLC ("WRC") (collectively, "Plaintiffs"), by and through their counsel of record, will and hereby do move the Court to unseal the documents the Parties agree should no longer be sealed, as stated in the Parties' Joint Report Re Status of Applications to Seal (ECF No. 406, the "Joint Report").

## I. INTRODUCTION AND FACTUAL BACKGROUND

Pursuant to the Court's instructions at the hearings that took place on August 16 and 17, 2023, the Parties met and conferred to narrow the scope of documents subject to the Parties' applications to seal. On Augst 25, 2023, the Parties filed the Joint Report, which outlines the categories of documents the Parties would like to have sealed or redacted and lists the specific documents the Parties agree should no longer be sealed.

Plaintiffs approached the Defendants about filing a joint stipulation to unseal these documents based on the Joint Report. Although Defendants stated they do not object to the relief Plaintiffs' request they would not stipulate to an order or a joint motion.[1]

## II. RELIEF REQUESTED

Plaintiffs request that the Court unseal and place into the public record the documents the Parties agree should no longer be sealed, as identified by docket

---

[1] *See* Ex. 1 to Declaration of Richard T. Collins in Support of Plaintiffs' Motion to Unseal (hereinafter "Collins Decl.") (email exchange with Defendants' Counsel).

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

numbers in the Joint Report. *See* ECF 406 at 9-11. The Joint Report identifies the following documents to be unsealed:

- **ECF No. 241-1**: Plaintiffs' Memorandum of Points and Authorities in Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-3**: Declaration of Nate Izzo (TML Recovery) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-4**: Declaration of Nate Izzo (MMR Services) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-5**: Declaration of Nate Izzo (Addiction Health Alliance) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-6**: Declaration of Nate Izzo (DR Recovery) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-7**: Declaration of Nate Izzo (Southern California Recovery Center Oceanside) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-8**: Declaration of Ryan Schrier (Pacific Palms Recovery) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-9**: Declaration of Ryan Schrier (Woman's Recovery Center) filed in support of Plaintiffs' Opp. to Cigna's Motion for Summary Judgment.
- **ECF No. 241-10**: Declaration of Aaron Brower (Southern California Addiction Center) filed in support of Plaintiffs' Opp. to Cigna's Motion for Summary Judgment.
- **ECF No. 384-2**: Exs. D-2 – D-5 to Robertson and Olin Declarations in support of Omnibus Application to Seal.
- **ECF No. 385-1**: Exs. E-1 to Robertson and Olin Declarations in support of Omnibus Application to Seal, Expert Report of Dr. Kelly Clark.

- **ECF No. 223-1**: Cigna's Opposition to Plaintiffs' Partial Motion for Summary Judgment.
- **ECF No. 291**: Declaration of Richard Collins in support of Plaintiffs' Motion *in Limine* No. 2.
- **ECF No. 301-6**[2]: Cigna's Motion *in Limine* No. 6.
- **ECF No. 146-2**: Exs. D-1 through D-8 to the Declaration of Mario Vangeli.
- **ECF No. 225-4**: Ex. A-4 to the Declaration of Richard Collins in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 225-17**: Ex. A-17 to the Declaration of Richard Collins in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 230-11**: Ex. C-11 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 232-12**: Ex. E-12 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 233-11**: Ex. F-11 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 233-12**: Ex. F-12 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.

---

[2] The Joint Report mistakenly identifies ECF Nos. 241-3 and 307-1 instead of the appropriate ECF No. 301-6, which is apparent from the description of the filing. ECF No. 307-1 is a redacted version of 301-6 and already exists in the public record.

- **ECF No. 235-11**: Ex. H-11 to the Declaration of Ryan Schrier in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 236-11**: Ex. I-11 to the Declaration of Ryan Schrier in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 237-12**: Ex. J-12 to the Declaration of Aaron Brower in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 237-14**: Ex. J-14 to the Declaration of Aaron Brower in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF Nos. 291-2**[3]: Ex. A-1 to the Declaration of Richard Collins in Support of Plaintiffs' Motion *in Limine* No. 2.
- **ECF Nos. 314-3, 314-5, 314-9**: Exs. A, C, G to the Declaration of Damon D. Eisenbrey in Support of Plaintiffs' Opposition to MultiPlan's Motion *in Limine* No. 1.
- **ECF No. 314-13**: Ex. K to the Declaration of Damon D. Eisenbrey in Support of Plaintiffs' Opposition to MultiPlan's Motion *in Limine* No. 1.
- **ECF No. 314-15**: Ex. M to the Declaration of Damon D. Eisenbrey in Support of Plaintiffs' Opposition to MultiPlan's Motion *in Limine* No. 1.
- **ECF No. 294-6**[4]: Ex. B-5 to the Declaration of Richard Collins in Support of Plaintiffs' Motion *in Limine* No. 4 and Motion *in Limine* No. 5.

*See* ECF 406 at 9-11.

---

[3] The Joint Report mistakenly identifies ECF No. 291 instead of the appropriate ECF No. 291-2, which is apparent from the description of the filing.

[4] The Joint Report mistakenly identifies ECF Nos. 294 instead of the appropriate ECF No. 294-6, which is apparent from the description of the filing.

- 4 -

PLAINTIFFS' MOTION TO UNSEAL DOCUMENTS

## III. CONCLUSION

Because the Parties agree these documents should no longer be sealed, Plaintiffs ask the Court to unseal the documents listed above, pursuant to the Joint Report (ECF 406).[5] Plaintiffs are prepared to provide the Court with clean unredacted copies of these documents upon the Court's request.

Date: November 8, 2023
                                    **ARNALL GOLDEN GREGORY LLP**

By: */s/ Richard T. Collins*
     Richard T. Collins
     Damon D. Eisenbrey
     Attorneys for Plaintiffs

---

[5] A proposed order was filed concurrently with this Motion.

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs/Counterclaim Defendants TML Recovery, LLC, MMR Services, LLC, Addiction Health Alliance, LLC DR Recovery Encinitas, LLC, and Southern California Recovery Center Oceanside, LLC, and Plaintiffs Pacific Palms Recovery, LLC, Southern California Addiction Center, Inc., and Woman's Recovery Center, LLC, certifies that this brief contains 1,002 words, which complies with the word limit of L.R. 11-6.1.

Date: November 8, 2023                    */s/ Richard T. Collins*
                                          Richard T. Collins

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

- 6 -
PLAINTIFFS' MOTION TO UNSEAL DOCUMENTS