UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TML RECOVERY, LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION, *et al.*<br><br>Defendants.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>TML RECOVERY, LLC, *et al.*<br><br>Counterclaim Defendants. | **Case No.: 8:20-cv-0269-DOC-JDE**<br><br>*Assigned to Judge David O. Carter*<br><br>Consolidated with:<br>8:20-cv-0271    8:20-cv-0272<br>8:20-cv-0273    8:20-cv-0274<br>8:20-cv-0787    8:20-cv-0788<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO UNSEAL DOCUMENTS** |

Having considered, Plaintiffs/Counterclaim Defendants TML Recovery, LLC ("TML"), MMR Services, LLC ("MMR"), Addiction Health Alliance, LLC ("AHA"), DR Recovery Encinitas, LLC ("DRR"), Southern California Recovery Centers Oceanside, LLC ("SCRCO"), and Plaintiffs Pacific Palms Recovery, LLC ("PPR"), Woman's Recovery Center, LLC ("WRC"), Southern California Addiction Center, Inc. ("SCAC") (collectively, "Plaintiffs") Motion to Unseal Documents, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Unseal Documents is GRANTED.  The following documents identified in the Parties' Joint Report (ECF 406) as documents the Parties no longer wish to seal shall be unsealed and made a part of the public record:

- **ECF No. 241-1**: Plaintiffs' Memorandum of Points and Authorities in Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-3**: Declaration of Nate Izzo (TML Recovery) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-4**: Declaration of Nate Izzo (MMR Services) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-5**: Declaration of Nate Izzo (Addiction Health Alliance) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-6**: Declaration of Nate Izzo (DR Recovery) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-7**: Declaration of Nate Izzo (Southern California Recovery Center Oceanside) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-8**: Declaration of Ryan Schrier (Pacific Palms Recovery) filed in support of Plaintiffs' Opposition to Cigna's Motion for Summary Judgment.
- **ECF No. 241-9**: Declaration of Ryan Schrier (Woman's Recovery Center) filed in support of Plaintiffs' Opp. to Cigna's Motion for Summary Judgment.

- **ECF No. 241-10**: Declaration of Aaron Brower (Southern California Addiction Center) filed in support of Plaintiffs' Opp. to Cigna's Motion for Summary Judgment.
- **ECF No. 384-2**: Exs. D-2 – D-5 to Robertson and Olin Declarations in support of Omnibus Application to Seal.
- **ECF No. 385-1**: Exs. E-1 to Robertson and Olin Declarations in support of Omnibus Application to Seal, Expert Report of Dr. Kelly Clark.
- **ECF No. 223-1**: Cigna's Opposition to Plaintiffs' Partial Motion for Summary Judgment.
- **ECF No. 291**: Declaration of Richard Collins in support of Plaintiffs' Motion *in Limine* No. 2.
- **ECF No. 301-6**[1]: Cigna's Motion *in Limine* No. 6.
- **ECF No. 146-2**: Exs. D-1 through D-8 to the Declaration of Mario Vangeli.
- **ECF No. 225-4**: Ex. A-4 to the Declaration of Richard Collins in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 225-17**: Ex. A-17 to the Declaration of Richard Collins in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 230-11**: Ex. C-11 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 232-12**: Ex. E-12 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.

---

[1] The Joint Report mistakenly identifies ECF Nos. 241-3 and 307-1 instead of the appropriate ECF No. 301-6, which is apparent from the description of the filing. ECF No. 307-1 is a redacted version of 301-6 and already exists in the public record.

- **ECF No. 233-11**: Ex. F-11 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 233-12**: Ex. F-12 to the Declaration of Nathaniel Izzo in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 235-11**: Ex. H-11 to the Declaration of Ryan Schrier in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 236-11**: Ex. I-11 to the Declaration of Ryan Schrier in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 237-12**: Ex. J-12 to the Declaration of Aaron Brower in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF No. 237-14**: Ex. J-14 to the Declaration of Aaron Brower in support of Plaintiffs' Opposition to Cigna and MultiPlan's Motions for Summary Judgment.
- **ECF Nos. 291-2**[2]: Ex. A-1 to the Declaration of Richard Collins in Support of Plaintiffs' Motion *in Limine* No. 2.
- **ECF Nos. 314-3, 314-5, 314-9**: Exs. A, C, G to the Declaration of Damon D. Eisenbrey in Support of Plaintiffs' Opposition to MultiPlan's Motion *in Limine* No. 1.
- **ECF No. 314-13**: Ex. K to the Declaration of Damon D. Eisenbrey in Support of Plaintiffs' Opposition to MultiPlan's Motion *in Limine* No. 1.

---

[2] The Joint Report mistakenly identifies ECF No. 291 instead of the appropriate ECF No. 291-2, which is apparent from the description of the filing.

- **ECF No. 314-15**: Ex. M to the Declaration of Damon D. Eisenbrey in Support of Plaintiffs' Opposition to MultiPlan's Motion *in Limine* No. 1.
- **ECF No. 294-6**[3]: Ex. B-5 to the Declaration of Richard Collins in Support of Plaintiffs' Motion *in Limine* No. 4 and Motion *in Limine* No. 5.

**IT IS SO ORDERED.**

DATED:   November 9, 2023

David O. Carter
United States District Judge

---

[3] The Joint Report mistakenly identifies ECF Nos. 294 instead of the appropriate ECF No. 294-6, which is apparent from the description of the filing.