**ARNALL GOLDEN GREGORY LLP**
Richard T. Collins (Bar No. 166577)
  rich.collins@agg.com
Damon D. Eisenbrey (Bar No. 215927)
  damon.eisenbrey@agg.com
Landen P. Benson (GA Bar No. 863909)
  landen.benson@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: (202) 677-4030

**CALLAHAN & BLAINE, APLC**
Michael J. Sachs (Bar No. 134468)
  mjs@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile:  (714) 241-4445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TML RECOVERY, LLC, *et al.*<br><br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION, *et al.*<br><br>Defendants. | **Case No.: 8:20-cv-0269-DOC-JDE**<br><br>*Assigned to Judge David O. Carter*<br><br>Consolidated with:<br>8:20-cv-0271      8:20-cv-0272<br>8:20-cv-0273      8:20-cv-0274<br>8:20-cv-0787      8:20-cv-0788<br><br>**PLAINTIFFS' FURTHER NOTICE OF FILING UNSEALED DOCUMENTS PURSUANT TO THE COURT'S ORDERS AT ECF NOS. 456, 463.** |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>TML RECOVERY, LLC, *et al.*<br><br>Counterclaim Defendants. | |

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

Pursuant to L.R. 79-5.2.2 and the Court's Orders at ECF Nos. 456 and 463 Plaintiffs/Counterclaim Defendants TML Recovery, LLC ("TML"), MMR Services, LLC ("MMR"), Addiction Health Alliance, LLC ("AHA"), DR Recovery Encinitas, LLC ("DRR"), and Southern California Recovery Center Oceanside, LLC ("SCRCO"), and Plaintiffs Pacific Palms Recovery, LLC ("PPR"), Southern California Addiction Center, Inc. ("SCAC"), and Woman's Recovery Center, LLC ("WRC") (collectively, "Plaintiffs"), by and through their counsel of record, hereby file the documents listed below, which were previously lodged under seal.

The documents listed below, with the exception of two documents,[1] were not addressed in the Court's Orders (ECF Nos. 456 and 463) but should also be unsealed pursuant to the Court's Orders. The parties have met and conferred on this issue and the Defendants do not object to Plaintiffs filing these documents with redactions consistent with the Court's Order (ECF No. 463). *See* Collins Decl. ¶ 4 filed concurrently. Only patient Protected Health Information and the Defendants' client names have been redacted.

1.    Plaintiffs' Opp to MultiPlan's MSJ. **(ECF No. 240-1)**

2.    Plaintiffs' Opp to MultiPlan's MSJ - Response to SUF. **(ECF No. 240-2)**

3.    Plaintiffs' Opp to Cigna's MSJ - Response to SUF. **(ECF No. 241-2)**

4.    Declaration of Addiction Health Alliance - Exhibit E-13. **(ECF No. 245-9)**

5.    Declaration of DR Recovery Encinitas - Exhibit F-13. **(ECF No. 246-10)**

6.    Declaration of DR Recovery Encinitas - Exhibit F-14. **(ECF No. 246-11)**

7.    Declaration of DR Recovery Encinitas - Exhibit F-15. **(ECF No. 246-12)**

8.    Declaration of SCRCO - Exhibit G-11. **(ECF No. 247-8)**

9.    Declaration of Pacific Palms Recovery - Exhibit H-12. **(ECF No. 248-9)**

10.    Declaration of Pacific Palms Recovery - Exhibit H-13. **(ECF No. 248-10)**

11.    Declaration of Woman's Recovery Center - Exhibit I-12. **(ECF No. 249-9)**

---

[1] The Court's Order did address EFC Nos. 315 and 316, which Plaintiffs inadvertently omitted from their prior notice.

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

PLAINTIFFS' NOTICE OF FILING UNSEALED DOCUMENTS

12.     Declaration of Woman's Recovery Center - Exhibit I-13. **(ECF No. 249-10)**

13.     Declaration of SCAC - Exhibit J-13. **(ECF No. 250-9)**

14.     Declaration of SCAC - Exhibit J-15. **(ECF No. 250-11)**

15.     Declaration of Rich Collins - Exhibit A-5. **(ECF No. 251-5)**

16.     Declaration of Rich Collins - Exhibit A-6. **(ECF No. 251-6)**

17.     Declaration of Rich Collins - Exhibit A-10. **(ECF No. 251-10)**

18.     Declaration of Addiction Health Alliance - Exhibit E-14. **(ECF No. 253-1)**

19.     Declaration of Addiction Health Alliance - Exhibit E-15. **(ECF No. 253-2)**

20.     Plaintiffs' MIL No. 2. **(ECF No. 290)**

21.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-2. **(ECF No. 291-3)**

22.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-6. **(ECF No. 291-7)**

23.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-7. **(ECF No. 291-8)**

24.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-8. **(ECF No. 291-9)**

25.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-9. **(ECF No. 291-10)**

26.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-10. **(ECF No. 291-11)**

27.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-11. **(ECF No. 291-12)**

28.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-12. **(ECF No. 291-13)**

29.     Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-13. **(ECF No. 291-14)**

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

- 2 -

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

30. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-14. **(ECF No. 291-15)**

31. Plaintiffs' MIL No. 2. **(ECF No. 292)**

32. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-15. **(ECF No. 292-2)**

33. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-16. **(ECF No. 292-3)**

34. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-17. **(ECF No. 292-4)**

35. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-18. **(ECF No. 292-5)**

36. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-25. **(ECF No. 292-12)**

37. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-27. **(ECF No. 292-14)**

38. Plaintiffs' MIL No. 2 - Declaration of Rich Collins - Exhibit A-28. **(ECF No. 292-15)**

39. Plaintiffs' MIL No. 4 and 5 - Declaration of Rich Collins. **(ECF No. 294)**

40. Plaintiffs' MIL No. 4 and 5 - Declaration of Rich Collins - Exhibit B-1. **(ECF No. 294-2)**

41. Plaintiffs' MIL No. 4 and 5 - Declaration of Rich Collins - Exhibit B-2. **(ECF No. 294-3)**

42. Plaintiffs' MIL No. 4 and 5 - Declaration of Rich Collins - Exhibit B-3. **(ECF No. 294-4)**

43. Plaintiffs' MIL No. 4 and 5 - Declaration of Rich Collins - Exhibit B-4. **(ECF No. 294-5)**

44. Plaintiffs' MIL No. 4 and 5 - Declaration of Rich Collins - Exhibit B-6. **(ECF No. 294-7)**

PLAINTIFFS' NOTICE OF FILING UNSEALED DOCUMENTS

45.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit B. **(ECF No. 314-4)**

46.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit D. **(ECF No. 314-6)**

47.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit E. **(ECF No. 314-7)**

48.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit F. **(ECF No. 314-8)**

49.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit H. **(ECF No. 314-10)**

50.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit I. **(ECF No. 314-11)**

51.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit J. **(ECF No. 314-12)**

52.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit L. **(ECF No. 314-14)**

53.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit N. **(ECF No. 314-16)**

54.   Plaintiffs' Opp to MultiPlan's MIL No. 1 - Declaration of Damon Eisenbrey - Exhibit O. **(ECF No. 314-17)**

55.   Plaintiffs' Opposition to MultiPlan's Motion in Limine No. 1. **(ECF No. 315)**

56.   Plaintiffs' Opposition to MultiPlan's Motion in Limine No. 1 - Declaration of Damon Eisenbrey. **(ECF No. 316)**

57.   Plaintiffs' Opp to Cigna's MIL No. 3. **(ECF No. 319-1)**

58.   Plaintiffs' Opp to Cigna's MIL No. 4. **(ECF No. 319-2)**

Date: March 8, 2024                    **ARNALL GOLDEN GREGORY LLP**

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

- 4 -

PLAINTIFFS' NOTICE OF FILING UNSEALED DOCUMENTS

By: */s/ Richard T. Collins*
Richard T. Collins
Damon D. Eisenbrey
Landen P. Benson
Attorneys for Plaintiffs

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

- 5 -

PLAINTIFFS' NOTICE OF FILING UNSEALED DOCUMENTS